1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Ismael Mendiola

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE BARBARA L. MAJOR)**

11 | UNITED STATES OF AMERICA,        ) | Case No. 08MJ0267
   |                                  ) |
12 |         Plaintiff,               ) |
   |                                  ) |
13 | v.                               ) | **CERTIFICATE OF SERVICE**
   |                                  ) |
14 | ISMAEL MENDIOLA,                 ) |
   |                                  ) |
15 |         Defendant.               ) |
16 |_____) |

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                              U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov; and
20
                             Robert E. Schroth, Jr.
21                         robschrothesq@sbcglobal.net

22                                Respectfully submitted,

23

24 DATED:     February 1, 2008          /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Ismael Mendiola
26

27

28