```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ PAUL S. COOK
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 79010
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619)557-5687/(619)235-2757(Fax)
   │ Email: paul.cook@usdoj.gov
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
```

            UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0349-DMS |
|---|---|---|
|                     Plaintiff, | ) | |
|                           | ) | NOTICE OF APPEARANCE |
|           v.              | ) | |
|                           | ) | |
| ISMAEL MENDIOLA,          | ) | |
|                     Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

   <u>Name</u> - "None"

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Douglas Keehn

Please call me if you have any questions about this notice.

DATED: March 14, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Paul S. Cook
PAUL S. COOK
Assistant United States Attorney
Attorney for Plaintiff
United States of America
Email: paul.cook@usdoj.gov

2

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   Case No. 08cr0349-DMS
                             )
              Plaintiff,     )
                             )
         v.                  )
                             )   CERTIFICATE OF SERVICE
ISMAEL MENDIOLA,             )
                             )
              Defendant.     )
                             )
```

IT IS HEREBY CERTIFIED THAT:

    I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

                        Gregory Murphy
                        gregory_murphy@fd.org

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

                        None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 14, 2008.

                        s/Paul S. Cook
                        PAUL S. COOK